No. 86–1990. WEST 14TH STREET COMMERCIAL CORP. ET AL. v. 5 WEST 14TH OWNERS CORP. C. A. 2d Cir. Motion of Council for Owner-Occupied Housing, Inc., for leave to file a brief as

*amicus curiae* granted. Certiorari denied. ▮▮▮▮▮▮▮▮▮▮